<u>IN THE UNITED STATES DISTRICT COURT OF WHEELING, WEST VIRGINIA</u>

**EARL GRANT EDMONDSON**
Parsons Hotel
Room Number, 103-8
403 North, 5th Street
Clarksburg, W.V. 26301
    Petitioner,

V.

**WEST VIRGINIA STATE POLICE
MOUNDSVILLE DIVISION,**
    Respondent,

FILED
MAR 16 2016
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

RF: Need copies of the
W.V. State Police Report.

5:16-CV-33
Bailey/Seibert

### REQUEST FOR POLICE REPORT
<u>Under West Virginia Code Annotated Court Rules, Rule 10.04
the Freedom of Information Act.</u>

**COMES** now, the Petitioner, Earl Grant Edmondson, by council of self, filing *pro-se*, pursuant to *Rule 10.04, of the West Virginia Code Annotated Court Rules and under the Freedom of Information Act,* petitioning this honorable court to **ORDER** the *West Virginia State Police, Moundsville Division* to send or **release a copy of the Report and the Complaint** that the Petitioner filed while incarcerated at the Northern Regional Jail regarding the theft of a large amount of money being stolen from the Petitioners Credit Cards and transferred or had been withdrawn by another inmate, MC (hereinafter MC is Mitchell Coles) family and acquaintances. In support of said Request the Petitioner states the following:

1. The Petitioner submits the following as evidence and to be added to the record:
   A. **Attachment (a).** Letter from the Social Security Administration.
   B. **Attachment (b).** A signed, dated and notarized request asking for this information that was sent to the *W.V.S.P., Moundsville, Division.*
2. The Social Security Administration suggested due to the money being from the Social Security and Veterans Benefits that the Petitioner should report it to the Federal Bureau of Investigation.

## FACTS OF PETITION

3. The Petitioner was being housed at Northern Regional Jail.
4. The Petitioner was housed in *F7, Cell 5* with inmate, **Mitchell Coles.**
5. The Petitioner checked his Credit Cards, *(two in total)* <u>Visa Net-Spend</u>, Direct Deposit Social Security Payments and savings, and <u>Master Card</u>, Direct Express and Direct Deposit of the Petitioners Veterans Disability Payments and Savings.
6. September 29th, 2010 the Petitioner had checked to see the current balance of the Master Card and the Visa Net-Spend Card, to the Petitioners surprise he was missing a large amount of money, *(ten thousand dollars, $10,000.00)* that the Petitioner did not transfer/withdraw/or give permission for anyone to remove from there respected accounts.
7. On or about **April of 2011**, the Petitioner filed a complaint with the W.V.S.P. of Moundsville.
8. The Petitioner has tried several times to get a copy of the police report that was filed with zero success.
9. The Petitioner has *written several letters asking for the Police Report* so that he can mail it to the Visa and Master Card Companies alerting them to the stolen money and as proof that the Petitioner did file a complaint with the W.V.S.P... *(Attachment (b))*
10. <u>The Petitioner submits the following:</u>
    I.  West Virginia Code Annotated Court Rules, Rule 10.04 the Freedom of Information Act.
        a) **Rule 10.04.** Access to Court Files and Other Court Records under the Freedom of Information Act.

        (a) All persons are, unless otherwise expressly provided by law or excepted by *Rule 10.03*, <u>entitled to full and complete information regarding the operation and affairs of the judicial system.</u> Any elected or appointed official or other court employee charged with administering the judicial system shall promptly respond to any request filed pursuant to the West Virginia Freedom of Information Act.

THEREFORE, the Petitioner, Earl Grant Edmondson, respectfully asks and prays that this honorable court grant the relief sought in said petition by **ORDERING** the West Virginia State Police, Moundsville Division to send a **Copy of the Complaint** filed by the Petitioner and the W.V.S.P. and any other information regarding this case and **ORDER** it to be mailed to the Petitioner at, <u>Earl Grant Edmondson, Parsons Hotel, Room Number, 103-8, 403 North, 5th Street, Clarksburg, W.V. 26301.</u>

Name: _EARL G. EDMONDSON_   Date: _3-14-66_

---

## CERTIFICATE OF SERVICE

The Petitioner, Earl Grant Edmondson, certifies that a true copy was sent to the <u>U.S. District Court Clerk's Office, Attn: District Court Clerk, Po Box 471, Wheeling, W.V. 26003 and to the West Virginia State Police, Moundsville Division, 1700 LAFAYETE AVE, MOUNDSVILLE, WV. 26041</u>, by way of mail, by the Petitioner from the Pruntytown Correctional Center.

_Earl G. Edmondson_
Petitioner,

Date _3-14-66_

[Official Seal — Notary Public, State of West Virginia, Julia M. Todd, 610 E. Main St., Clarksburg, WV 26301, My Commission Expires October 20, 2020]

3